Honorable Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR 22-180 LK |
|---|---|
| Petitioner, | ORDER CONTINUING PRETRIAL MOTIONS DEADLINE |
| vs. | |
| MARIA RANGEL AGUILAR, | |
| Defendant. | |

This matter comes before the Court on the parties' agreed motion to continue the pretrial motions deadline from December 1, 2025 to December 14, 2025. Having considered the motion and the records and files herein, the Court finds that the requested two-week continuance is reasonable and necessary for the parties to conclude their efforts to coordinate an anticipated change of plea in this case.

For these reasons, the Court GRANTS the motion (Dkt. 491) and ORDERS that the pretrial motions deadline is continued to December 14, 2025.

DONE this 26th day of November, ~~January~~ 2025.

*signature: Lauren King*

HON. LAUREN KING
UNITED STATES DISTRICT JUDGE

*U.S. v. Maria Rangel Aguilar*, CR 22-180 LK
Order Continuing Pretrial Motions Deadline
Page 1 of 2

Tolin Law Firm
1000 Second Avenue, Suite 2530
Seattle, WA 98104
Phone: 206.436.0630

1  Presented by:

2

3  *s/ Anna M. Tolin*
   Anna M. Tolin
   Attorney for Maria Rangel Aguilar

4

5  *s/ Casey S. Conzatti*
   CASEY S. CONZATTI
6  Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

*U.S. v. Maria Rangel Aguilar,* CR 22-180 LK
Order Continuing Pretrial Motions Deadline
Page 2 of 2

Tolin Law Firm
1000 Second Avenue, Suite 2530
Seattle, WA 98104
Phone: 206.436.0630